No. A–864 (O. T. 1975). HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. *v.* COOPERATIVE SERVICES, INC., ET AL. C. A. D. C. Cir. Motion to vacate or amend stay entered by THE CHIEF JUSTICE on April 15, 1976, denied.

No. A–218 (76–5094). PRITCHARD *v.* AULT, COMMISSIONER, DEPARTMENT OF OFFENDER REHABILITATION, ET AL. C. A. 5th Cir. Application for bail, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied.

No. A–259. HILLS, SECRETARY OF HOUSING AND URBAN DEVELOPMENT ET AL. *v.* UNDERWOOD ET AL. Application for stay of judgment of the United States District for the District of Columbia, entered June 8, 1976, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending further order of the Court.

No. A–263. HANSON ET AL. *v.* UNITED STATES ET AL. C. A. 8th Cir. Application for preliminary injunction, presented to MR. JUSTICE BLACKMUN, and by him referred to the Court, denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this application.

No. 75–73. BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS, ET AL. *v.* BAIRD ET AL.; and
No. 75–109. HUNERWADEL *v.* BAIRD ET AL., 428 U. S. 132. Motions to vacate order [in No. A–69] entered by MR. JUSTICE BRENNAN on July 30, 1976, denied.